UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61270-CIV-SMITH

WILLIAM MARQUEZ,

    Plaintiff,

v.

LIFE IMAGING FLA, INC.,

    Defendant.

_____/

**ORDER**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 12]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of November, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record